ANTHONY PATONE, an Infant, by His Guardian ad Litem, PAUL PATONE, and PAUL PATONE, Respondents, v. MARGARET BOULBOL and CHARLES BOULBOL, Appellants.— Order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

DWIGHT E. POTTER, Appellant, v. FREDERICKA ISABELLE T. HALL, Respondent. — On argument, order affirmed, without costs. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur. Settle order on two days' notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY WALKER, Appellant.— Judgment of conviction by a city magistrate sitting as a Court of Special Sessions unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

EDNA A. REISS, an Infant, by ANDREW REISS, Her Guardian ad Litem, Appellant, v. BROOKLYN CITY RAILROAD COMPANY, Respondent.— Order setting aside verdict and directing a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JOSEPH ST. JOHN, Appellant, v. ANTON THOMAS, Respondent.— Order of the County Court of Orange county reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No proof is presented that the new defendant sought to be brought in will be required to respond to the defendant already sued for the claim which the plaintiff is prosecuting. The plaintiff may select his own defendant and must stand or fall upon his proof as against him. (*Zauderer* v. *Market Street Long Beach Realty Corp.*, 128 Misc. 364; affd., 221 App. Div. 760.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JAMES F. SITLER, Respondent, v. ELEANOR HAIGHT, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THADDEUS C. SLAWSKI, Respondent, v. ANTONIA K. ZAK and LONG ISLAND STATE BANK AND TRUST COMPANY, as Executors, etc., of JOHANNA REMLING, Deceased, Appellants.— Judgment of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.